**Fill in this information to identify the case:**

Debtor 1    Terrance Evans

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern     District of   MI
                                                    (State)

Case number   12-55164-MBM

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:   Mortgage Information

**Name of creditor:**   US Bank National Association as Trustee of the Igloo Series III Trust

**Court claim no.** (if known):
8-1

**Last 4 digits** of any number you use to identify the debtor's account:    7   9   5   7

**Property address:**   5288 Gateshead Street
Number     Street

Detroit           MI       48236
City              State      ZIP Code

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   03 / 01 / 2018
                                                  MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:     (a)   $ _____

b.   Total fees, charges, expenses, escrow, and costs outstanding:     + (b)   $ _____

c.   **Total**. Add lines a and b.     (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / ___
                               MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Kristin Zilberstein       Date 03 / 12 / 2018

Signature

Print    Kristin Zilberstein       Title   Authorized Agent

First Name     Middle Name     Last Name

Company    The Law Offices of Michelle Ghidotti

If different from the notice address listed on the proof of claim to which this response applies:

Address    1920 Old Tustin Ave.

Number     Street

Santa Ana       CA       92705

City       State     ZIP Code

Contact phone   ( 949 ) 427 – 2010       Email   kzilberstein@ghidottilaw.com

1  Kristin Zilberstein, Esq. (SBN 200041)
2  Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
   LAW OFFICES OF MICHELLE GHIDOTTI
3  1920 Old Tustin Ave
   Santa Ana, CA 92705
4  Ph: (949) 427-2010
   Fax: (949) 427-2732
5  kzilberstein@ghidottilaw.com

6
   Authorized Agent for Creditor
7  US Bank National Association as Trustee of the Igloo Series III Trust

8                  UNITED STATES BANKRUPTCY COURT

9         EASTERN DISTRICT OF MICHIGAN – DETROIT DIVISION

10

11  In Re:                          )   CASE NO.: 12-55164-mbm
                                    )
12  Terrance Evans,                 )   CHAPTER 13
                                    )
13       Debtors.                   )   **CERTIFICATE OF SERVICE**
                                    )
14                                  )
                                    )
15                                  )
                                    )
16                                  )
                                    )
17                                  )
                                    )
18  _____    )

19

20                  <u>**CERTIFICATE OF SERVICE**</u>

21

22       I am employed in the County of Orange, State of California. I am over the age of

23  eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave,

24  Santa Ana, CA 92705.

25       I am readily familiar with the business's practice for collection and processing of

26  correspondence for mailing with the United States Postal Service; such correspondence would

27  be deposited with the United States Postal Service the same day of deposit in the ordinary

28  course of business.

                                    1

On March 12, 2018 I served the following documents described as:

- **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed

envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Terrance Evans | David Wm Ruskin |
| 5288 Gateshead | 26555 Evergreen Rd Ste 1100 |
| Detroit, MI 48236 | Southfield, MI 48076-4251 |
| | |
| **Debtor's Counsel** | |
| Joseph G. Pleva | |
| 3330 L & N Dr. | |
| Suite C | |
| Huntsville, AL 35801 | |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 12, 2018 at Santa Ana, California

*/s / Krystle Miller*
Krystle Miller